IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AVERY L. SMITH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv29-MHT |
| | ) | (WO) |
| CORIZON HEALTH SERVICES, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking adequate medical care for a recurrent infection or mass on his foot. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 49) is adopted.

(2) The motion for preliminary injunction (doc. no. 27) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 30th day of June, 2017.

    /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**