IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AVERY L. SMITH,                 )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )         2:17cv29-MHT
                                )             (WO)
CORIZON HEALTH SERVICES,        )
et al.,                         )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Tai Q. Chung's motions to dismiss (doc. nos. 100-1 & 107) are granted.

(2) Plaintiff Avery L. Smith's constitutional claims against defendant Chung are dismissed with prejudice, and defendant Chung is terminated as a party to this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 22nd day of November, 2017.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**