IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AVERY L. SMITH, #155412, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-29-ALB |
| ) | |
| CORIZON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 11, 2019, the Magistrate Judge entered a Recommendation (Doc. 123) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motions for summary judgment are GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 10th day of January 2020.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE